**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MIGUEL TRUJILLO,

      Petitioner,

v.                                            No. CV 19-730 JB/CG

DWAYNE SANTIESTEVAN, WARDEN,
and HECTOR BALDERAS, ATTORNEY
GENERAL FOR THE STATE OF NEW MEXICO,

      Respondents.

**ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915**

**THIS MATTER** is before the Court on *Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915* (the "Motion"), (Doc. 3), filed August 9, 2019. The Court, having reviewed the Motion and the relevant law, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE